IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANIEL ALVARADO MARTINEZ, et al.,       )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )       NO. 3:18-cv-00583
                                        )       JUDGE RICHARDSON
                                        )
FIRST CLASS INTERIORS OF NAPLES,        )
LLC, et al,                             )
                                        )
    Defendants.                         )

**ORDER**

For the reasons discussed in the accompanying memorandum opinion, the Court **DENIES**

Mr. Drywall, LLC ("MRD")'s Motion to Decertify Case as a Collective Action (Doc. No. 274)

and **DENIES** MRD's Motion for Summary Judgment (Doc. No. 271).

With respect to Plaintiffs' Motion for Summary Judgment (Doc. No. 210, "Plaintiffs'

Motion"), for the reasons discussed in the accompanying memorandum opinion, the Court

**GRANTS** the Motion with respect to Count I as to First Class Interior of Naples, LLC ("FCI"),

**DENIES** the Motion with respect to Count I as to MRD, **DENIES** the Motion with respect to

Count II as to FCI,[1] and **DENIES** the Motion as to all Defendants on the issue of damages.

Accordingly, summary judgment as to liability is hereby entered on Count I against FCI.

Otherwise, each claim remains pending against a Defendant to the extent that it was asserted

---

[1]Plaintiffs' Motion for Summary Judgment with respect to Count II is inapplicable as to MRD
because Plaintiffs do not assert Count II against MRD. (Doc. No. 1 at ¶ 86). Additionally,
Plaintiffs' Motion is inapplicable to Defendant Jose Reyes because all proceedings against him in
this case were automatically stayed, pursuant to 11 U.S.C. § 362(a), prior to the filing of Plaintiffs'
Motion. (Doc. No. 186).

against that Defendant. All issues concerning damages potentially to be awarded remain pending.

And proceedings against Defendant Jose Reyes remain stayed pending further order of the Court.

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE