# **CONFIDENTIAL COLLECTIVE ACTION SETTLEMENT AGREEMENT**



1







Page **4** of **7**



**MR DRYWALL SERVICES, L.L.C.**

Signature: *[signed]*

Print Name: RAYMOND PHILIBERT

Title: MANAGER

Dated: 4-17-2023, 2023

| | |
|---|---|
| **Plaintiffs,** individually and on behalf of all other persons similarly situated | **Plaintiffs,** individually and on behalf of all other persons similarly situated |
| Signature:_____<br>Alexandro Perez<br><br>Dated: _____, 2023 | Signature:_____<br>Nelson Eguizabal Brito<br><br>Dated: _____, 2023 |
| **Plaintiffs,** individually and on behalf of all other persons similarly situated | **Plaintiffs,** individually and on behalf of all other persons similarly situated |
| Signature:_____<br>Carlos Castro<br><br>Dated: _____, 2023 | Signature:_____<br>Alexis Marquez<br><br>Dated: _____, 2023 |

MR DRYWALL SERVICES, L.L.C.

Signature: _____

Print Name: _____

Title: _____

Dated: _____, 2023

**Plaintiffs,** individually and on behalf
of all other persons similarly situated

Signature: _____[signature]_____
Alexandro Perez

Dated: **4-29-23**, 2023

**Plaintiffs,** individually and on behalf
of all other persons similarly situated

Signature: _____[signature]_____
Nelson Eguizabal Brito

Dated: 04-28-23, 2023

**Plaintiffs,** individually and on behalf
of all other persons similarly situated

Signature: _____[signature]_____
Carlos Castro

Dated: _____, 2023

**Plaintiffs,** individually and on behalf
of all other persons similarly situated

Signature: _____[signature]_____
Alexis Marquez

Dated: 04-29-23, 2023

