UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDRO PEREZ, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00583 |
| ) | JUDGE RICHARDSON |
| FIRST CLASS INTERIORS OF ) | |
| NAPLES, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A hearing on Defendant Mr. Drywall Services, L.L.C.'s Second Motion to Enforce Settlement Agreement and Determine Entitlement to Attorneys' Fees and Costs (Doc. No. 389) is scheduled for **May 12, 2023 at 7:00 a.m. (CST)**. All counsel for Defendant Mr. Drywall Services LLC must attend the hearing as do all counsel for Plaintiff or the motion will be denied. Counsel should be prepared to face a district judge whose patience is exhausted.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE