# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ALEXANDRO PEREZ;** | ) | |
| **NELSON EGUIZABAL BRITO;** | ) | |
| **CARLOS CASTRO; and** | ) | |
| **ALEXIS MARQUEZ** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.: 18-cv-00583** |
| | ) | |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Newbern** |
| **FIRST CLASS INTERIORS OF NAPLES, LLC;** | ) | |
| **JOSE ROBERTO REYES Individually and** | ) | |
| **d/b/a FIRST CLASS INTERIORS, LLC; and** | ) | |
| **MR. DRYWALL SERVICES, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING DEFENDANT MR DRYWALL SERVICES, L.L.C. WITH PREJUDICE

This cause comes before the Court on Defendant MR DRYWALL SERVICES, L.L.C. ("MRD") and Plaintiffs' JOINT MOTION FOR IN CAMERA REVIEW, APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT, AND DISMISSAL OF DEFENDANT MR DRYWALL SERVICES, L.L.C. (Dkt. No. 386) (the "Motion").

For good cause shown, the proposed settlement of this matter with respect to MRD and Plaintiffs, in the form of the Confidential Collective Action Settlement Agreement attached in redacted form to the Motion as Exhibit A, is approved and Defendant MR DRYWALL SERVICES, L.L.C. is dismissed from this case with prejudice. Plaintiffs and MRD shall each bear their own attorneys' fees and costs incurred in this lawsuit. The Court retains jurisdiction over this matter to enforce the terms of the Confidential Collective Action Settlement Agreement, which

shall be placed under seal. The Clerk is instructed to keep this case open to allow Plaintiff to file

reports concerning the administration of the settlement as required by the Fair Labor Standard Act

and to allow the Court to enter any orders related to the same.,

Accordingly, IT IS SO ORDERED this the __10th__ day of _____May_____ 2023.


_Eli Richardson_

HONORABLE ELI RICHARDSON
United States District Judge


**AGREED TO BY:**

/s/ Jacob VanAusdall
Jacob VanAusdall (BPR#35369)
Maurice Wutscher LLP
555 Marriot Drive Suite 315
Nashville, TN 37214
jvanausdall@mauricewutscher.com

and

/s/ Steven Weber (w/ express permission by JCV#35369)
Steven D. Weber
Weber Law, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Email: steve@weberlawpa.com
*Counsel for Defendant MR Drywall Services, LLC*

/s/ Karla Campbell (w/ express permission by JCV#35369)
Karla M. Campbell (BPR #27132)
James G. Stranch, III (BPR# 2542)
Kerry Dietz (BPR# 035112)
Michael C. Iadevaia (NY Bar No. 5783295)
Stranch, Jennings &amp; Garvey, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
Attorneys for Plaintiffs